1  Leslie A. Cohen, Esq. (SBN 93698)
   Leslie Cohen Law, P.C.
2  506 Santa Monica Blvd. Ste 200
   Santa Monica, CA 90401
3  Telephone: 310.394-5900
   Facsimile: 310.394-9280
4  leslie@lesliecohenlaw.com

5  David J. Winterton Esq.
   David J. Winterton & Assoc., Ltd.
6  211 N. Buffalo Dr., Suite A
   Las Vegas, Nevada 89145
7
   Attorneys for Perry and Rita Klein
8

**FILED & ENTERED**

**NOV 17 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

SHALAN ENTERPRISES, LLC, substantially consolidated with ALAN RAPOPORT

Debtors.

☐ This pleading affects Shalan only

☐ This pleading affects Rapoport only

■ This pleading affects both Shalan and Rapoport

Case No.: 2:09-bk-43263-PC
Case No.: 2:09-bk-43499-PC

Chapter 11

**ORDER APPROVING STIPULATION TO CONTINUE HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT**

Date: December 15, 2010
Time:   9:30 a.m.
Courtroom: 1539

Pursuant to the STIPULATION TO CONTINUE HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT (the "Stipulation") between debtor Alan Rapoport on one hand, and creditor Perry and Rita Klein on the other, and good cause appearing therefrom,

1

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved in its entirety;

2. The hearing to Consider Adequacy of Disclosure Statement is continued from November 17, 2010 at 9:30 a.m. to December 15, 2010 at 9:30 a.m.

###

DATED: November 17, 2010

United States Bankruptcy Judge

2

| In re:<br>SHALAN ENTERPRISES, LLC, substantially consolidated with ALAN RAPOPORT<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.: 2:09-bk-43263-PC<br>Case No.: 2:09-bk-43499-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described **ORDER APPROVING STIPULATION TO CONTINUE HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 11/15/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Peter Carroll<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | Robert D Bass<br>Greenberg & Bass LLP<br>16000 Ventura Blvd Ste 1000<br>Encino, CA 91436 | Joseph A Eisenberg<br>Caroline Djang<br>Jeffer Mangels Butler & Marmaro<br>1900 Ave Of The Stars, 7th Flr<br>Los Angeles, CA 90067 |
|---|---|---|

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/15/2010 | Brian Link | /s/ *Brian LInk* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re:<br>SHALAN ENTERPRISES, LLC, substantially consolidated with ALAN RAPOPORT<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.: 2:09-bk-43263-PC<br>Case No.: 2:09-bk-43499-PC |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO CONTINUE HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of       11/15/10                                      , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Robert D Bass    rbass@greenbass.com
- Russell Clementson    russell.clementson@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Thomas M Geher    tmg@jmbm.com
- Jeffrey J Hagen    hagenlaw@earthlink.net
- Sheri Kanesaka    kanesaka@gmail.com
- Charles Liu    cliu@mrllp.com, fbaig@mrllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David J Williams    dwilliams@mrllp.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
By Email:
    Anne Hamann  ahamann@piteduncan.com
    Erin Laney  ecfcacb@piteduncan.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br>SHALAN ENTERPRISES, LLC, substantially consolidated with ALAN RAPOPORT<br>Debtor(s). | CHAPTER 11<br><br>Case No.: 2:09-bk-43263-PC<br>Case No.: 2:09-bk-43499-PC |
|---|---|

Steven Lawrence generalmailaswlawoffice.com@alvaradoca.com
Brian Paino ecfcacb@piteduncan.com
Rich Doxey rich@davidwinterton.com

☒ Service information continued on attached

**ADDITIONAL SERVICE INFORMATION** (if needed):

Alan Rapoport
4515 Roma Court
Marina Del Ray, CA 90292

First Bank
PO Box 790269
St Louis, MO 63179-0269

Josh Childress
135 E Harmon #1501
Las Vegas, NV 89109

Kopple & Klinger
10866 Wilshire Blvd., #1500
Los Angeles, CA 90024-4357

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

Kristin De Benedictis
135 E Harmon #1503
Las Vegas, NV 89109

The Signature at MGM Grand
3799 Las Vegas Blvd South
Las Vegas, NV 89109-4319

Susan Vier
404 E 76th Street #2I
New York, NY 10021

Bloomingdales
PO Box 183083
Columbus, OH 43218-3083

American Express
Box 0001
Los Angeles, CA 90096-8000

Los Angeles Dept Of Water And Power
PO Box 30808
Los Angeles, CA 90030-0808

Sylvia Lissat
c/o Ovvie Miller, Esq.
9601 Wilshrie Blvd., #710
Beverly Hills, CA 90210

Lewis and Roca
3993 Howard Hughes Parkway
Las Vegas, NV 89169

Citi Cards
PO Box 6401
The Lakes, NV 88901-6401

Rebel Systems
6620 South Tenaya Way, Suite 160
Las Vegas, NV 89113

The Impala
675 Third Avenue
New York, NY 10017

FourTurnberry Place
PO 98809
Las Vegas, NV 89193

Lake Las Vegas South Shore
Residential Comm Assoc
8360 E Va De Ventura, Bldg L, #100
Scottsdale, AZ 85258

Park Imperial
230 W 56th Street
New York, NY 10019

Nevada Power Energy
PO Box 30086
Reno, NV 89520-3086

Western Exterminator
10936 S La Cienega
Lennox, CA 90304

CitiMortgage Inc.
CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

First Bank of Beverly Hills
Annette Vecchio
23901 Calabasas Road, Ste 1050
Calabasas, CA 91302

GMAC Wholesale Mortgage Corp.
CSC-Lawyers Incorporating Service
2730 Gateway Oaks Drive, Ste 100
Sacramento, CA 95833

Beth Ford
Prima County Treasurer
PO Box 29011
Phoenix, AZ 85038-9011

Los Angeles County Tax Collector
PO Box 514818
Los Angeles, CA 90051-4818

Ryan & Sari Steaffens
27312 Pinavette
Mission Viejo, CA 92691

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re:<br>SHALAN ENTERPRISES, LLC, substantially consolidated with ALAN RAPOPORT<br>Debtor(s). | CHAPTER 11<br><br>Case No.: 2:09-bk-43263-PC<br>Case No.: 2:09-bk-43499-PC |
|---|---|

Thomas McGarry
5823 Capehorn
Agoura Hills, CA 91301

Joe Conlon
5883 Capehorn
Agoura Hills, CA 91301

Kaydi Truman & Zachery Elam
5834 Capehorn
Agoura Hills, CA 91301

Leila Mahanedi & Shaun Frank
30865 Overfall
Westlake Village, CA 91382

Shaul Maouda
30657 Passageway Pl
Agoura Hills, CA 91301

Valerie Freedman
5645 Slicer Circle
Agoura Hills, CA 91301

Stratford Dews
5354 Captains Pl
Agoura Hills, CA 91301

Isaiah Cervantes & Char-Leig Hoyes
30729 Mainmast
Agoura Hills, CA 91301

Deanna & Tony Cobb
552 Highview
Newbury Park, CA 91320

Robert Walton/Irina & Emily Shikhva
30723 Mainmast
Agoura Hills, CA 91301

David & Alec Buehler
5827 Capehorn
Agoura Hills, CA 91301

Myra Deck
5322 Lake Crest Dr
Agoura Hillls, CA 91301

Charles & Christina Watanabe
5676 Slicer Circle
Agoura Hills, CA 91301

Eric Dillon
125 Los Vientos
Newbury Park, CA 91320

Joel Cohen
1674 Glenbrock
Newbury Park, CA 91320

Debbie Lucas
5837 Lake Lindero
Agoura Hills, CA 91301

Leslie Wise
6017 Hackers
Agoura Hills, CA 91301

Bank of America, National Association
CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

First Horizon Home Loan Corp
CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Wells Fargo Bank, National Association
CSC – Lawyers Incorporation Service
2730 Gateway Oaks Drive, Ste 100
Sacramento, CA 95833

Lawrence Matheney
Ventura County Tax Collector
800 S Victoria Avenue
Ventura, CA 93009-1290

Orange County Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**