1  JOSEPH A. EISENBERG P.C. (SBN 52346)
   CAROLINE R. DJANG (SBN 216313)
2  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California 90067
   Telephone:  (310) 203-8080
4  Facsimile:  (310) 203-0567
   Email:  jae@jmbm.com
5          cdjang@jmbm.com

6  Attorneys for Debtor in Possession SHALAN ENTERPRISES, LLC

7  ROBERT D. BASS, ESQ. (State Bar No. 060528)
   rbass@greenbass.com
8  GREENBERG & BASS LLP
   16000 Ventura Boulevard, Suite 1000
9  Encino, California 91436
   Tel:  (818) 382-6200 • Fax: (818) 986-6534
10
   Attorneys for Debtor in Possession ALAN RAPOPORT
11

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SHALAN ENTERPRISES, LLC,<br>Substantively consolidated with<br>Alan Rapoport,<br>               Debtor.<br><br>☐ This pleading affects Shalan only<br><br>☐ This pleading affects Rapoport only<br><br>☒ This pleading affects both Shalan and Rapoport | Case No.:  2:09-bk-43263-PC<br>             2:09-bk-43499-PC<br><br>Chapter 11<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION IN SUPPORT OF MOTION TO ESTIMATE CLAIM**<br><br>Hearing:<br>Date:     December 8, 2010<br>Time:    9:30 a.m.<br>Place:    Courtroom 1539<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

PRINTED ON
RECYCLED PAPER

6578647v1

Alan Rapoport ("Rapoport") and Shalan Enterprises, LLC (Shalan), consolidated debtors and debtors in possession herein (collectively, the "Debtors"), hereby submit the following objections to that *Declaration in Support of Motion to Estimate Claim*, which declaration is appended to that *Notice of Motion and Motion to Estimate Kleins' Claim for Voting Purposes*.

### EVIDENTIARY OBJECTIONS

1. **Paragraph 1**: "The citations to facts set forth in Section B.2.c. of the motion are citation [sic] to the trial record in Case no. A478057, in the Eighth Judicial District Court, Clark County, State of Nevada, which trial was held in March and April 2006."

    **Objection:** Violates the Best Evidence Rule (FRE 1002).

2. **Paragraph 4**: "Exhibit D is a true cope of the Order Affirming and Adopting Discovery Commissioner's Report and Recommendations, dated August 24, 2005 in the District Court, Clark County, Nevada, case no. A48057."

    **Objection:** Irrelevant (FRE 401).

3. **Paragraph 5**: "Exhibit E is a true and correct copy of the Special Verdict Forms, and Verdict from the punitive phase, in Case no. A48057 in the District Court, Clark County, Nevada."

    **Objection:** Irrelevant (FRE 401).

4. **Paragraph 7**: "I downloaded the 2010 General Election Unofficial Final Results from the Clark County Election Department webpage.  See attachment to this declaration.  The results show that Judge Abbatangelo lost his re-election bid.  To date, official results have not been posted.  See, attachment to this declaration."

    **Objection:** Irrelevant (FRE 401).

PRINTED ON
RECYCLED PAPER

1    5.    **Paragraph 8**: Attached hereto are two newspaper articles that I downloaded from

2  the Las Vegas Sun web pages, indicating that Abbatangelo pleaded no contest to Battery Domestic

3  Violence.

4    **Objection:**  Irrelevant (FRE 401).

6  Date:  November 24, 2010      JEFFER MANGELS BUTLER & MITCHELL LLP

8                            By:    /s/ CAROLINE R. DJANG
                                  JOSEPH A. EISENBERG P.C.
                                  CAROLINE R. DJANG
                                  Attorneys for Consolidated Debtors

PRINTED ON
RECYCLED PAPER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document described as ***Evidentiary Objections To Declaration In Support Of Motion To Estimate Claim*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 24, 2010,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert D Bass    rbass@greenbass.com
- Russell Clementson    russell.clementson@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Thomas M Geher    tmg@jmbm.com
- Jeffrey J Hagen    hagenlaw@earthlink.net
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- Charles Liu    cliu@mrllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David J Williams    dwilliams@mrllp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***November 24, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served By Overnight Mail**: Honorable Peter H. Carroll, United States Bankruptcy Court - Central District of California, 255 E. Temple Street, Suite 1534, Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 24, 2010 | Claudean Brandon | */s/ Claudean Brandon* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**