JOSEPH A. EISENBERG P.C. (SBN 52346)
CAROLINE R. DJANG (SBN 216313)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: jae@jmbm.com
       cdjang@jmbm.com

Attorneys for Debtor and
Debtor in Possession SHALAN ENTERPRISES, LLC

ROBERT D. BASS, ESQ. (SBN 60528)
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Telephone: (818) 382-6200
Facsimile: (818) 986-6534
Email: rbass@greenbass.com

Attorneys for Debtor in Possession ALAN RAPOPORT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHALAN ENTERPRISES, LLC, Substantively consolidated with<br>Alan Rapoport,<br><br>     Debtor(s).<br><br>☐ This pleading affects Shalan only<br><br>☐ This pleading affects Rapoport only<br><br>☒ This pleading affects both Shalan and Rapoport | Case No.: 2:09-bk-43263-PC<br>      2:09-bk-43499-PC<br><br>Chapter 11<br><br>**STATUS REPORT**<br><br>**Hearing:**<br><br>Date : December 8, 2010<br>Time : 9:30 a.m.<br>Place: Courtroom 1539<br>    255 East Temple Street<br>    Los Angeles, California 90012 |

**TO THE HONORABLE PETER H. CARROLL AND INTERESTED PARTIES:**

Shalan Enterprises, LLC ("Shalan"), and Alan Rapoport ("Rapoport"), debtors and debtors in possession herein (collectively, the "Debtors"), herewith submit their Status Report. Since the last status conference in these chapter 11 cases, held on September 22, 2010, the following significant events have occurred in these cases:

### A.    Disposition of Property

On September 27, 2010, Debtors filed their *Motion of Debtor in Possession for Order Authorizing (i) Sale of Property of The Estate, Free and Clear of Liens, Claims, Interests and Encumbrances [135 E. Harmon Ave, Units 1501 and 1503, Las Vegas, NV]; and (ii) Authorizing Employment of, and Payment of Commission to, Prudential, Americana Group, Realtors, Real Estate Broker; Memorandum of Points and Authorities; and Declaration of Alan Rapoport in Support Thereof* (the "Sale Motion"). An order granting the Sale Motion was entered on October 19, 2010.

Debtors have accepted an offer to purchase an additional Las Vegas property (2777 Paradise Road, Las Vegas, NV), and a sale motion will be filed with the Court as soon as the sale is fully documented. Debtors are considering two offers to purchase Rapoport's New York condominium for a purchase price of at least $1.1 million, which will result in net proceeds to the estate of at least $800,000. In addition, the Debtors have fully settled, at a discount, the claim of First Bank, a claim which exceeds $1.7 million. Debtors have prepared, and will file, a motion for approval of that compromise pursuant to Fed. R. Bankr. P. 9019, as soon as First Bank approves the form of the settlement agreement.

### B.    Adversary Proceeding: Rapoport vs. Prudential, et al.

On September 28, 2010, and November 9, 2010, the Court conducted status conferences in the adversary proceeding against Prudential Americana Group Realtors, and its broker Paula Jones, for allowing bogus buyers to trespass upon, and cause damage to, Rapoport's real property located in Lake Las Vegas, Nevada. On August 13, 2010, Defendants filed an untimely motion to

dismiss the complaint, which was opposed by Rapoport, and denied by the Court pursuant to the order entered on September 30, 2010. Defendants filed an answer to the complaint on October 14, 2010. A further status conference in the adversary proceeding will be held on February 15, 2011.

### C.  Objections to Claim

The Court sustained Debtors' objection to the claim of Sylvia Lissat by the order entered on October 20, 2010 [Doc. No. 77 - Rapoport], resulting in the disallowance of Lissat's claim in its entirety unless, by November 19, 2010, Lissat disgorged the preferential transfer she received. Lissat failed to pay the judgment amount by November 19, 2010, and thus, Lissat's claim has been disallowed in its entirety. *See Notice of Failure to Pay Judgment and Disallowance of Claim; and Declaration of Joseph A. Eisenberg*, filed on December 2, 2010 [Doc. No. 82 - Rapoport].

### D.  Plan and Disclosure Statement

On October 6, 2010, Perry and Rita Klein (the "Kleins") filed a Disclosure Statement (the "Klein Disclosure Statement") and Plan. Debtors filed an objection to the Klein Disclosure Statement on October 3, 2010, because the Klein Disclosure Statement lacks adequate information, and the Plan is unconfirmable on its face. On November 15, 2010, the Kleins and Debtors filed a stipulation to continue the hearing on the Klein Disclosure Statement, from November 17, 2010, to December 15, 2010.

On November 10, 2010, the Kleins filed a *Motion to Estimate Claims for Voting Purposes* (the "Claims Estimation Motion"). Debtors filed an opposition to the Claims Estimation Motion on November 24, 2010, to which the Kleins filed an untimely reply on December 2, 2010. The hearing on the Claims Estimation Motion is set for the same date and time as the chapter 11 case status conference.

### E.  Professional Fee Applications

Jeffer Mangels Butler & Mitchell LLP ("JMBM") filed its *Second Interim Application of Jeffer Mangels Butler & Mitchell LLP for Compensation and Reimbursement of Expenses as Counsel to Debtor and Debtor in Possession*, and Greenberg & Bass LLP ("G&B") filed its *Second Interim*

*Application of Greenberg & Bass, LLP for Payment of Fees and Reimbursement of Expenses as Attorneys for Debtor and Debtor in Possession for the Period April 30, 2010 through October 30, 2010*, on November 9, 2010.  The Court approved JMBM's and G&B's requested fees and costs in full, by the order entered on December 3, 2010.  JMBM was allowed interim compensation in the sum of $83,728.00, and reimbursement of expenses in the sum of $3,093.76, for an aggregate interim allowance of $86,821.76.  G&B was allowed interim compensation in the sum of $11,225.00, and reimbursement of expenses in the sum of $63.48, for an aggregate interim allowance of $11,288.48.

### F.  Compliance with UST Requirements

Debtors are current with Monthly Operating Reports and UST quarterly fees.

Date:  December 6, 2010               JEFFER, MANGELS, BUTLER & MARMARO LLP

                                      By:      /s/ Joseph A. Eisenberg
                                          JOSEPH A. EISENBERG P.C.
                                          Attorneys for Debtor in Possession, Shalan
                                          Enterprises, LLC

                                      and

                                      GREENBERG & BASS LLP

                                      By:      /s/ Robert D. Bass
                                          ROBERT D. BASS
                                          Attorneys for Debtor in Possession, Alan Rapoport

PRINTED ON
RECYCLED PAPER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document described as **_STATUS REPORT_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_December 6, 2010,_** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert D Bass    rbass@greenbass.com
- Russell Clementson    russell.clementson@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Thomas M Geher    tmg@jmbm.com
- Jeffrey J Hagen    hagenlaw@earthlink.net
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- Charles Liu    cliu@mrllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David J Williams    dwilliams@mrllp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_August 2010_    **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 6, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Served By Messenger**:
Honorable Peter H. Carroll
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1534
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 6, 2010 | Claudean Brandon | *(signed)* Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**