JOSEPH A. EISENBERG P.C. (SBN 52346)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: jae@jmbm.com

Attorneys for Consolidated Debtors and Debtors in Possession
ALAN RAPOPORT and SHALAN ENTERPRISES, LLC

FILED & ENTERED

MAY 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHALAN ENTERPRISES, LLC,<br>Substantively consolidated with<br>Alan Rapoport,<br>            Debtors.<br><br>☐ This pleading affects Shalan only<br>☐ This pleading affects Rapoport only<br>☒ This pleading affects both Shalan and Rapoport | Case No.  2:09-bk-43263-PC<br>               2:09-bk-43499-PC<br><br>Chapter 11<br><br>**ORDER DENYING APPROVAL OF** DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF REORGANIZATION<br><br>Hearing:<br>Date:          May 13, 2011<br>Time:          9:30 a.m.<br>Courtroom:  1539<br>                 255 E. Temple Street<br>                 Los Angeles, California 90012 |

Rita and Perry Klein ("Klein") having filed the Creditor Perry and Rita Kleins' Proposed Plan of Reorganization and the DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF REORGANIZATION (the "Disclosure Statement") and having requested that the Court approve the Disclosure Statement under section 1125 of the Bankruptcy Code; the consolidated Debtors and Debtors in Possession Alan Rapoport and Shalan Enterprises, LLC (collectively, "Debtors"); having filed an objection to the Disclosure Statement (the "Objection"); a continued hearing (the "Hearing") to consider the approval of the Disclosure Statement was held on May 13, 2011, at 9:30 a.m., before the undersigned United States Bankruptcy Judge, at which Klein appeared by David J. Winterton of

P_122

1  David J. Winterton & Associates Ltd., and Debtors appeared by Joseph A. Eisenberg P.C. of Jeffer
2  Mangels Butler & Mitchell LLP.  The Court having considered (i) the records and pleadings in this
3  substantively consolidated chapter 11 case, (ii) the Disclosure Statement and matters and evidence
4  proffered in respect thereof, (iii) the Objection and matters and evidence proffered in respect
5  thereof, and (iv) the arguments and representations of counsel at the Hearing, and good cause
6  appearing therefor, for the reasons stated by the Court on the record of the Hearing,

**IT IS HEREBY ORDERED:**

1. Approval of the Disclosure Statement is denied.

2. Klein shall file an amended chapter 11 plan and an amended disclosure statement appurtenant thereto on or before June 3, 2011.

3. If Klein timely files an amended chapter 11 plan and an amended disclosure statement appurtenant thereto, a hearing will be held on July 6, 2011, at 9:30 a.m., to consider the adequacy of such amended disclosure statement.

# # #

DATED: May 17, 2011

United States Bankruptcy Judge

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document described as ***ORDER DENYING APPROVAL OF DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF REORGANIZATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 13, 2011,*** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***May 13, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served By Overnight Mail**:
Honorable Peter H. Carroll
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1534
Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***May 13, 2011 ,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2011 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

*August 2010*

**ADDITIONAL SERVICE INFORMATION** (if needed):

**III. SERVED BY EMAIL**

Robert D Bass    rbass@greenbass.com
Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
Russell Clementson    russell.clementson@usdoj.gov
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
Jeffrey J Hagen    hagenlaw@earthlink.net
Sheri Kanesaka    sheri.kanesaka@bryancave.com
Charles Liu    cliu@mrllp.com
Christopher M McDermott    ecfcacb@piteduncan.com
Lee S Raphael    cmartin@pprlaw.net
David J Williams    dwilliams@mrllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER DENYING APPROVAL OF DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF REORGANIZATION_** was entered on the date indicated as ○Entered○ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_May 13, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Robert D Bass  rbass@greenbass.com
- Steven Casselberry scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Russell Clementson russell.clementson@usdoj.gov
- Leslie A Cohen  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Caroline Djang crd@jmbm.com
- Joseph A Eisenberg  jae@jmbm.com
- Mark S Faulkner  mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Thomas M Geher  tmg@jmbm.com
- Jeffrey J Hagen  hagenlaw@earthlink.net
- Sheri Kanesaka  sheri.kanesaka@bryancave.com
- Charles Liu  cliu@mrllp.com
- Christopher M McDermott  ecfcacb@piteduncan.com
- Lee S Raphael  cmartin@pprlaw.net
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- David J Williams  dwilliams@mrllp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**